IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERAD KEITH DUNKIN                                                             PETITIONER
ADC # 144105

vs.                            Case No. 5:10-CV-00055-JLH-JTK

RAY HOBBS, Interim Director
Arkansas Department of Correction                                              RESPONDENT

### ORDER

Petitioner is hereby informed of his opportunity to reply within thirty (30) days to Respondent's arguments in his Response (DE #13) that the petition should be dismissed because Petitioner's first two claims are procedurally barred and his last two claims address matters of state law and are therefore not cognizable in a federal habeas petition, or alternatively, are procedurally barred. Petitioner may reply to any other argument in the Response.

The Clerk is directed to serve a copy of the Response (DE #13) and this Order on Petitioner by regular mail.

SO ORDERED this 4th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE