# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JERAD KEITH DUNKIN,                                                                                    PETITIONER
ADC #144105

v.                                     No. 5:10CV00055 JLH-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                                RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The findings and recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint with prejudice.

IT IS SO ORDERED this 1st day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE