**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JERAD KEITH DUNKIN,                                                                                         PETITIONER
ADC #144105

v.                                         No. 5:10CV00055 JLH-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                                           RESPONDENT

**FINAL JUDGMENT**

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 1st day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE